# United States Court of Appeals

Eleventh Circuit

56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts/gov



November 04, 2009

Steven M. Larimore
Clerk, U.S. District Court
400 N MIAMI AVE RM 8N09
MIAMI  FL  33128-1813

**Appeal Number: 09-12885-AA**
Case Style: Curtis James Jackson v. Grupo Industrial Hotelero
District Court Number:  07-22046 CV-PCH

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court.  See 11th Cir. R. 41-4.  Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "A motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order.  No additional time shall be allowed for mailing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Shirley M. Brown (404) 335-6170

This appeal is DISMISSED as to the cross-appeal ONLY, 09-13514-AA/Curtis James Jackson v. Grupo Industrial Hotelero.

Encl.

DIS-4  (4-2009)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

NOV 0 4 2009

THOMAS K. KAHN
CLERK

No. 09-12885-A

CURTIS JAMES JACKSON,
a.k.a. 50 Cent,

Plaintiff-
Counter-Defendant-
Appellant
Cross-Appellee,

versus

GRUPO INDUSTRIAL HOTELERO, S.A.,
a Mexican corporation
d.b.a "Coco Bongo" nightclub,
ROBERTO NOBLE, SR.,
ISAAC HALABE,

Defendants-
Counter-Claimants-
Appellees
Cross-Appellants.

Appeal from the United States District Court
for the Southern District of Florida

Before TJOFLAT, EDMONDSON, and WILSON, Circuit Judges.

Curtis James Jackson's appeal from the district court's April 29, 2009, order is ALLOWED TO PROCEED. Jackson's motion to dismiss the cross appeal is GRANTED. The district court's April 29, 2009, order finding Jackson was entitled to attorney's fees and the June 12, 2009, order denying the motion to alter or amend did not finally resolve the attorney's fees issue. See Interstate Pipe Maint., Inc. v. FMC Corp., 775 F.2d 1495, 1497 (11th Cir. 1985); Fort v. Roadway Express, Inc., 746 F.2d 744, 747 (11th Cir. 1984); Mekdeci v. Merrell Nat'l. Labs., 711 F.2d 1510, 1523 (11th Cir. 1983); McCarter v. Ret. Plan for the Dist. Managers of the Am. Family Ins. Group, 540 F.3d 649, 653-54 (7th Cir. 2008).

Jackson's motion to stay the appeal pending resolution of the attorney's fees issue is GRANTED. The parties are directed to file monthly reports updating this Court on the status of the attorney's fees issue.

2