# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### CASE NO.: 07-22046-CIV-HUCK/O'SULLIVAN

CURTIS JAMES JACKSON,
p/k/a 50 CENT,

      Plaintiff,

vs.

GRUPO INDUSTRIAL HOTELERO, S.A.,
a Mexican Corporation d/b/a "COCO
BONGO" nightclub, ROBERT NOBLE,
SR., and ISAAC HALABE,

      Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on a Report and Recommendation by Magistrate Judge John J. O'Sullivan (Doc. 280) recommending that the Court grant in part and deny in part Plaintiff's motions for attorney's fees and costs (Docs. 239 & 242). On February 2, 2008, Defendants filed objections to the Report and Recommendation (Doc. 281) and Plaintiff responded to the objections on February 24, 2010 (Doc. 282).

Having reviewed *de novo* Judge O'Sullivan's report, the objections and response thereto, and the pertinent portions of the record, the Court overrules Defendants' objections and adopts the findings of fact and conclusions of law as stated in Judge O'Sullivan's report. Accordingly, Plaintiff's motions for fees and costs are granted in part and denied in part. Plaintiff is entitled to $309,002.62 for fees and $18,274.39 for costs. If Defendants do not remit the aforementioned sums within 30 days, Plaintiff may petition the Court for the entry of a final judgment of fees and costs.

DONE AND ORDERED in Chambers, Miami, Florida, March 3, 2010.

Paul C. Huck
United States District Judge

Copies furnished to:
Counsel of Record
Magistrate Judge John O'Sullivan